| **Roskin v Northern Adult Day Health Care Ctr.** |
|:---:|
| 2023 NY Slip Op 34548(U) |
| December 28, 2023 |
| Supreme Court, Kings County |
| Docket Number: Index No. 504323/2017 |
| Judge: Genine D. Edwards |
| Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service. |
| This opinion is uncorrected and not selected for official publication. |

This decision has been published at
2023 NY Slip Op 51441(U).